MARY A. KELLY, Respondent, *v.* THE BROOKLYN ALCATRAZ ASPHALT COMPANY et al., Appellants.

*Kelly* v. *City of New York*, 129 App. Div. 658, affirmed.
(Argued December 15, 1909; decided January 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*E. Clyde Sherwood* and *Frank V. Johnson* for Brooklyn Alcatraz Asphalt Company, appellant.

*Francis K. Pendleton, Corporation Counsel (James D. Bell* of counsel), for city of New York, appellant.

*Frederick S. Martyn, William J. Pape* and *Clarence B. Campbell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.